# IN THE SUPREME COURT OF THE STATE OF NEVADA

NUVASIVE, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JOSEPH
HARDY, JR., DISTRICT JUDGE,
Respondents,
and
HO KYONG WILSON, INDIVIDUALLY,
Real Party in Interest.

No. 73860

FILED

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying without prejudice petitioner's motion to dismiss an amended complaint in a tort action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991); *see Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344-45, 950 P.2d 280, 281 (1997) (observing that this court generally will not consider writ petitions challenging orders denying motions to dismiss). In particular, we are not persuaded that an appeal

17-35025

from a final judgment is an inadequate remedy. *See Pan*, 120 Nev. at 224, 88 P.3d at 841. Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Joseph Hardy, Jr., District Judge
Rice Reuther Sullivan & Carroll, LLP
Bradley Arant Boult Cummings, LLP/Tampa
Brenske & Andreevski
Eighth District Court Clerk